UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY EUGENE JEWETT,

        Defendant.

CASE NO. 12cr3227-

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

    8 USC 1324 (a)(1)(A)(ii) - Transportation of Illegal Aliens

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/6/13

_____
William McCurine, Jr.
U.S. Magistrate Judge